**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DOMINIQUE JOHNSON #61630-066** | **CASE NO. 1:26-CV-00559 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8], noting no written and filed objections thereto, and after an independent review of the record and concurring with the Magistrate Judge's factual findings and legal conclusions,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Dominique Johnson's claims against Defendants, Warden of the United States Penitentiary in Pollock, Assistant Warden of the United States Penitentiary in Pollock, and the Federal Correctional Complex, are **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915A and 1915(e).

MONROE, LOUISIANA, this 10th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE